Ruffin COLLIE, Clinton Cook, and Robbie Rowe, Appellants, v. Thomas D. FERGUSSON, F. W. Darling and J. S. Darling, Trading as J. S. Darling & Son; S. M. Sinclair; W. J. Williamson; J. C. Council; Nye, the Engine Man, Incorporated; E. T. Lawson and I. E. Lawson, Trading as E. T. Lawson & Son; L. Johnson and H. L. Corkran, Trading as Johnson & Corkran, and J. V. Bickford, Appellees.

Circuit Court of Appeals, Fourth Circuit.
May 2, 1929.

No. 2831.

Jacob L. Morewitz, of Newport News, Va. (Percy Carmel, of Hampton, Va., on the brief), for appellants.

D. Arthur Kelsey, of Norfolk, Va. (Kelsey & Jett, of Norfolk, Va., on the brief), for appellees J. S. Darling & Son, S. M. Sinclair, E. T. Lawson & Son, W. J. Williamson, and Johnson & Corkran.

Before WADDILL, PARKER, and NORTHCOTT, Circuit Judges.

PER CURIAM. We have duly considered the questions arising upon the petition for appeal from the decree of the District Court filed in this cause on September 4, 1928, and the conclusion reached by us is that the decree should be affirmed. And it appearing that the amounts found to be due appellants were withheld from them pending this appeal at the instance of appellees, although appellees did not appeal from the order allowing same, we think it but right that appellants be allowed interest for the time during which the amounts due them have been thus withheld, and that the costs on appeal be divided.

Affirmed.

E. V. CROXTON et al., Appellants, v. PIERCE PETROLEUM CORPORATION, Appellee.

Circuit Court of Appeals, Eighth Circuit.
March 7, 1929.

No. 8505.

Claude Nowlin, J. R. Spielman, and M. M. Thomas, all of Oklahoma City, Okl., for appellants.

R. A. Kleinschmidt, of Tulsa, Okl., and Henry G. Snyder, of Oklahoma City, Okl., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellants, per stipulation of parties.

Frank DEMAYO, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Eighth Circuit.
March 30, 1929.

No. 8392.

Frank P. Walsh, James P. Aylward, and Walter W. Calvin, all of Kansas City, Mo., for appellant.

Roscoe C. Patterson, U. S. Atty., and William L. Vandeventer, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM. Dismissed, at costs of appellant, but without the taxation of attorney fee for appellee, per stipulation of parties.

Alfred DUCHE, Edgar Duche, and Roger B. Farquhar, Copartners Doing Business under the Firm Name and Style of T. M. Duche & Sons, Libelants-Appellants, v. LLOYD MEDITERRANEO SOCIÉTÉ ITALIANA DI NAVIGAZIONE, ANONIMA CON SEDE IN ROMA, Respondent-Appellee.

Circuit Court of Appeals, Second Circuit.
April 15, 1929.

No. 287.

Harry D. Thirkield, of New York City, for appellants.

Loomis & Ruebush, of New York City (Homer L. Loomis and Glenn W. Ruebush, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree [31 F.(2d) 496] affirmed.